ADELAIDE SEDGWICK MUNROE, Respondent, v. JOHN MUNROE, Appellant.— The action was instituted to rescind a certain modification agreement dated April 15, 1931, between the parties herein; to have the original separation agreement dated January 2, 1929, adjudged to be in full force and effect; and for a money judgment in favor of the plaintiff against the defendant. Order denying defendant's motion to dismiss the complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BERGENFELD, Appellant.— Judgment convicting defendant of violating the Building Zone Resolution of the city of New York unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AFGO ENGINEERING CORPORATION, Appellant, v. SARATOGA SPRINGS AUTHORITY, Respondent.— Action to recover damages for breach of contract, plaintiff claiming to be the lowest bidder for the construction of a heating and ventilating plant for a sanitarium at Saratoga Springs, N. Y. Order granting defendant's motion for summary judgment dismissing the complaint, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MASBACK HARDWARE Co., INC., Appellant, v. HERMAN REIB, Respondent, Impleaded with Another.— Action to recover damages for goods, merchandise and credit, the sale and extension of which to Bryce & Bryce, Inc., was induced by the alleged fraudulent misrepresentations of the defendants. Judgment, so far as appealed from, in favor of the defendant Herman Reib against the plaintiff, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

D. W. BATES, Superintendent of Banking of the State of Iowa, as Receiver of the AMERICAN SAVINGS BANK AND TRUST COMPANY OF DAVENPORT, IOWA, Respondent, v. OTTO E. GOLDSCHMIDT, Appellant. D. W. BATES, Superintendent of Banking of the State of Iowa, as Receiver of the AMERICAN SAVINGS BANK AND TRUST COMPANY OF DAVENPORT, IOWA, Respondent, v. EDWARD W. GOLDSCHMIDT, Appellant.— Actions to recover from defendants their statutory liability as stockholders of an insolvent Iowa bank. Order denying defendants' motions to dismiss the amended complaint on the ground that the court had no jurisdiction of the subject-matter and for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within thirty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.